KING, HOLMES, PATERNO & BERLINER LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
SETH MILLER, ESQ., STATE BAR NO. 175130
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
E-MAIL:    MILLER@KHPBLAW.COM
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiffs
ANDRE YOUNG;
AFTERMATH ENTERTAINMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE YOUNG, an individual; AFTERMATH ENTERTAINMENT, a joint venture,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Defendant. | Case No. CV 06-07435 JFW (Ex)<br><br>Judge: Hon. John F. Walter<br>Ctrm: 16<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF AFTERMATH ENTERTAINMENT ONLY** |

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.Pro. 41(a), plaintiff Aftermath Entertainment, for itself and no other plaintiff, voluntarily dismisses the above captioned action without prejudice.

Dated: January 18, 2007

Respectfully submitted,

KING HOLMES PATERNO & BERLINER

By: _____
Seth A. Miller
Attorneys for Plaintiffs ANDRE YOUNG;
AFTERMATH ENTERTAINMENT

1828.110\78629.1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, 25th Floor, Los Angeles, California 90067-4506.

On **January 18, 2007**, I served the following document(s) described as: **NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF AFTERMATH ENTERTAINMENT ONLY** on all interested parties in this action by placing true copies thereof addressed as follows:

**See attached Service List**

☒ BY MAIL, enclosed in sealed envelope(s): I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FEDERAL EXPRESS DELIVERY, enclosed in sealed envelope(s): I am "readily familiar" with the firm's practice of collection and processing items for Federal Express delivery. Under that practice it would be deposited at Los Angeles, California, in an envelope or package designated by Federal Express in a facility regularly maintained by Federal Express or delivered to a courier or driver authorized to receive documents on its behalf with delivery fees paid or provided for.

☐ BY PERSONAL SERVICE, enclosed in sealed envelope(s): I delivered such envelope(s) by hand to the office of the addressee(s).

☐ BY FACSIMILE: I caused the foregoing document(s) to be served by facsimile transmission from sending facsimile machine number (310) 282-8903. to each interested party at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

Executed on **January 18, 2007**, at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Brenda L. Hester*
Brenda L. Hester

SERVICE LIST

Andrew J. Waxler, Esq.
Gretchen S. Carner, Esq.
**WAXLER CARNER WEINREB & BRODSKY**
1960 E. Grand Ave., Ste. 1210
El Segundo, CA 90245
Ph:   (310) 416-1300
Fax:  (310) 416-1310
e-mail: awaxler@wcwbllp.com
e-mail: gcarner@wcwbllp.com

Attorneys for Defendant,
**NATIONAL UNION FIRE INSURANCE COMPANY – PITTSBURGH, PA**