1 | KING, HOLMES, PATERNO & BERLINER LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
2 | SETH MILLER, ESQ., STATE BAR NO. 175130
1900 AVENUE OF THE STARS, 25TH FLOOR
3 | LOS ANGELES, CALIFORNIA 90067-4506
E-MAIL: MILLER@KHPBLAW.COM
4 | TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff
ANDRE YOUNG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRE YOUNG, an individual; AFTERMATH ENTERTAINMENT, a joint venture,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Defendant. | Case No. CV06-07435 JFW (Ex)<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; and [~~PROPOSED~~] ORDER THEREON**<br><br>[Fed.R.Civ.Proc. 41(a)(1)] |

///
///
///
///
///
///
///
///
///

1828.110\80185.1

IT IS HEREBY STIPULATED by and between plaintiff, Andre Young, and defendant, National Union Fire Insurance Company of Pittsburgh, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice, with each side to bear his or its own attorneys' fees and costs.

Dated: February 23, 2007

KING HOLMES PATERNO & BERLINER, LLP

By: _____
Seth Miller, Esq.
Attorneys for Plaintiff, ANDRE YOUNG

Dated: February 23, 2007

WAXLER CARNER WEINREB AND BRODSKY

By: _____
Andrew J. Waxler, Esq.
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

IT IS SO ORDERED:

Dated: 2/27, 2007

By: _____
The Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue of the Stars, 25th Floor, Los Angeles, California 90067-4506.

On **February 26, 2007**, I served the following document(s) described as: **STIPULATION TO DISMISS ACTION WITH PREJUDICE; and [PROPOSED] ORDER THEREON [Fed.R.Civ.Proc. 41(a)(1)]** on all interested parties in this action by placing true copies thereof addressed as follows:

**See attached Service List**

☒ BY MAIL, enclosed in sealed envelope(s): I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FEDERAL EXPRESS DELIVERY, enclosed in sealed envelope(s): I am "readily familiar" with the firm's practice of collection and processing items for Federal Express delivery. Under that practice it would be deposited at Los Angeles, California, in an envelope or package designated by Federal Express in a facility regularly maintained by Federal Express or delivered to a courier or driver authorized to receive documents on its behalf with delivery fees paid or provided for.

☐ BY PERSONAL SERVICE, enclosed in sealed envelope(s): I delivered such envelope(s) by hand to the office of the addressee(s).

☐ BY FACSIMILE: I caused the foregoing document(s) to be served by facsimile transmission from sending facsimile machine number (310) 282-8903. to each interested party at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

Executed on **February 26, 2007**, at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Brenda L. Hester

1828.110\80185.1                                3

SCANNED

## SERVICE LIST

Andrew J Waxler, Esq.
WAXLER CARNER WEINREB
AND BRODSKY
1960 East Grand Avenue, Suite 1210
El Segundo, CA 90245
Ph:   310-416-1305
Fax:  310-416-1310
Email: awaxler@wcwbllp.com

Attorneys for Defendant
NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA,

1828.110\80185.1

4